### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ARICK MARQUETT JOHNSON**                                    **PETITIONER**
ADC #185962

**v.**                          **CASE NO. 4:26-CV-00604-BSM**

**DEXTER PAYNE**                                              **RESPONDENT**

### ORDER

After a *de novo* review, Magistrate Judge Joe J. Volpe's proposed findings and recommendations [Doc. No. 4] are adopted. Arick Johnson's petition for a writ of habeas corpus is dismissed without prejudice and his case is closed. A certificate of appealability shall not issue.

IT IS SO ORDERED this 7th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE