**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARICK MARQUETT JOHNSON**                                   **PETITIONER**
ADC #185962

**v.**                          **CASE NO. 4:26-CV-00604-BSM**

**DEXTER PAYNE**                                             **RESPONDENT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of July, 2026.


_____
UNITED STATES DISTRICT JUDGE